IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,

    Plaintiff,                        CIV-S-07-1375 JAM EFB

  vs.

STEVEN WILLIAMS,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment was filed on January 14, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On June 12, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  On July 8, 2008, defendant filed untimely objections, to which plaintiff filed a reply on July 11, 2008.[1]

---

[1] Although defendant's objections were untimely, the court has reviewed them and finds them unavailing. <u>See</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998) (untimely objections may result in waiver of appeal); <u>see also</u> June 12, 2008, Findings and Recommendations (cautioning parties that failure to file timely objections could result in waiver).  Defendant argues at this late stage in the proceeding that the proper defendant is a trust (of which he is trustee), rather than him

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The Findings and Recommendations filed June 12, 2008, are adopted in full;
5  2. Plaintiff's application for entry of default judgment against defendant Steven
6  Williams is granted;
7  3. Plaintiff is awarded judgment against Steven Williams for statutory damages in
8  the amount of $4,000 pursuant to the Unruh Act; and,
9  4. Plaintiff's request for injunctive relief is granted such that defendant is ordered
10 to install, within ninety days of service of the judgment, a second handrail for the entrance ramp
11 at the Restaurant.
12 DATED: 10/22/2008

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE

---

individually.  To the extent defendant believes the judgment has been entered against the wrong party, he may file an appropriate motion to alter the judgment or any other post-judgment motion he deems appropriate.  See Fed. R. Civ. P. 59(e).

2