IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ROBINSON, | No. Civ. 2:07-CV-1375 JAM EFB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| STEVEN and STACEY WILLIAMS, | |
| Defendants. | |

This matter is before the Court on Plaintiff Roger Robinson's motion for attorneys' fees and costs pursuant to the American with Disabilities Act § 505 (42 U.S.C. § 12205), the California Health & Safety Code § 19953, the California Code of Civil Procedure § 1021.5, and the California Civil Code §§ 51, 54.3 and 55, proper notice having been given.[1]  Plaintiff's motion is unopposed.

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

1

After carefully reviewing Plaintiff's moving papers, this Court grants Plaintiff's motion in its entirety, and awards Plaintiff $7,975 in fees and $1.329 in costs, for a total award of $9,304.

IT IS SO ORDERED.

DATED: January 6, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2